IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00026-PSF-BNB

LINDA PICKERING,

Plaintiff,

v.

FISCHER IMAGING, a Delaware corporation, doing business in Colorado,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw and Motion to Stay Proceedings** (the "Motion"), filed on March 17, 2006.

IT IS ORDERED that the Scheduling Conference set for March 29, 2006, is VACATED, and in its place a Motions Hearing on this Motion is set for **March 29, 2006, at 8:30 a.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED plaintiff Linda Pickering is to attend this hearing in person. The Clerk of the Court is directed to send a copy of this Motion to plaintiff as follows:

LINDA PICKERING
7975 SOUTH ALGONQUIN CIRCLE
AURORA, CO 80016


DATED:  March 21, 2006