IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00026-PSF-BNB

LINDA PICKERING,

    Plaintiff,

v.

FISCHER IMAGING CORPORATION, a Delaware corporation,
doing business in Colorado,

    Defendant.

## ORDER OF DISMISSAL

    The Court having reviewed the Stipulation of Dismissal With Prejudice (Dkt. # 22) filed jointly by all the parties to the above-captioned action, and being fully advised of its premises, hereby

    ORDERS that the above-captioned civil action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

    DATED: August 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge